**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Sidney Moorer, Petitioner.

Appellate Case No. 2020-001434

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Horry County
R. Markley Dennis, Jr., Circuit Court Judge

---

Opinion No. 2022-MO-006
Heard May 17, 2022 – Filed May 25, 2022

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Susan Barber Hackett, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Assistant Attorney General Mark Reynolds Farthing, both of

Columbia, and Solicitor Jimmy Richardson II, of Conway, all for Respondent.

---

**PER CURIAM:** We granted certiorari to review whether the court of appeals erred in affirming the circuit court's denial of Petitioner's motion for directed verdict on the charge of obstruction of justice. *State v. Sidney Moorer*, Op. No. 2020-UP-198 (S.C. Ct. App. filed July 1, 2020). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**